UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 1:13-CR-014 |
| | : |
| JEROME MARIO BRITTON,  Defendant | : |
| | : |

*O R D E R*

AND NOW, this 20th day of December, 2016, upon consideration of Defendant's motion (Doc. 96-1) to vacate, set aside, or correct sentence, IT IS ORDERED that:

1. Defendant's motion is DENIED.

2. A certificate of appealability is DENIED.

3. The Clerk of Court shall close the file.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge